FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 26, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KIM SIMMONS,<br><br>                Plaintiff,<br><br>v.<br><br>AECOM, a foreign company; AECOM MANAGEMENT SERVICES INC., a foreign corporation formerly known as URS Federal Services; and WASTE TREATMENT COMPLETION COMPANY LLC, a foreign limited liability company,<br><br>                Defendants. | No. 4:19-cv-05040-SMJ<br><br>**ORDER DISMISSING DEFENDANT AECOM** |

On August 15, 2019, the parties filed a stipulated dismissal of Defendant AECOM, ECF No. 8. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

    **1.** The parties' Joint Motion for Dismissal of Defendant AECOM, **ECF No. 8**, is **GRANTED**.

    **2.** All claims against Defendant AECOM are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

ORDER DISMISSING DEFENDANT AECOM **-** 1

**3.** The Clerk's Office and the parties shall **AMEND THE CASE CAPTION** as follows:

> KIM SIMMONS,
>
> Plaintiff,
>
> v.
>
> AECOM MANAGEMENT SERVICES INC., a foreign corporation formerly known as URS Federal Services; and WASTE TREATMENT COMPLETION COMPANY LLC, a foreign limited liability company,
>
> Defendants.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 26th day of August 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge