FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 23, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

KIM SIMMONS,

               Plaintiff,

     v.

AECOM Management Services, Inc., f/k/a/ URS Federal Services, a Foreign Corporation; and Waste Treatment Completion company, LLC, a Foreign Limited Liability Company,

               Defendants.

No.   4:19-cv-05040-SMJ

**STIPULATED PROTECTIVE ORDER**

Pursuant to Federal Rule of Civil Procedure 26(c) and the stipulation of the parties, the parties' Proposed Stipulated Protective Order, ECF No. 16-1, is **ACKNOWLEDGED**, **APPROVED**, and **INCORPORATED** in this Order by reference.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 23rd day of January 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

STIPULATED PROTECTIVE ORDER - 1