FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 01, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KIM SIMMONS,<br><br>      Plaintiff,<br><br>  v.<br><br>AECOM MANAGEMENT SERVICES INC., a foreign corporation a/k/a Amentum Services f/k/a URS Federal Services; and WASTE TREATMENT COMPLETION COMPANY LLC, a foreign limited liability company,<br><br>      Defendants. | No. 4:19-cv-05040-SMJ<br><br>**ORDER DISMISSING CASE** |

On March 31, 2021, the parties filed a stipulated dismissal, ECF No. 56. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

 **1.** The parties' Stipulated Motion and Proposed Order of Dismissal, **ECF No. 56**, is **GRANTED**.

 **2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

 **3.** All pending motions are **DENIED AS MOOT**.

 **4.** All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE – 1

5.     The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 1ˢᵗ day of April 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2